UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JANE DOE 1, et al.                                                                                           Plaintiffs

v.                                                                                      Civil Action No. 3:19-cv-142-DJH

JEROME PERRY, et al.                                                                                       Defendants

\* \* \* \* \*

## SCHEDULING ORDER

The Court conducted a telephonic Rule 16 scheduling conference in this matter on June 3, 2019, with the following counsel participating:

        For Plaintiff(s):     Alphonse A. Gerhardstein and Larry D. Simon

        For Defendant(s):    Kyle M. Vaughn, Carol S. Petit, and Robert K. Bond

Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) Initial disclosures pursuant to FRCP 26(a)(1) have been completed.

(2) Any motion to amend pleadings or motion to join additional parties shall be filed

    By Plaintiffs:     no later than **October 1, 2019**

    By Defendants:   no later than **November 1, 2019**.

(3) Identification of experts in accordance with FRCP 26(a)(2) shall be due

    By Plaintiffs:     no later than **April 1, 2020**

    By Defendants:   no later than **May 15, 2020.**

(3) The parties shall complete fact discovery no later than **March 2, 2020.** Expert discovery shall be completed no later than **July 31, 2020**. No motion pertaining to discovery may

be filed without first having a joint telephonic conference with Magistrate Judge Edwards arranged through her chambers.

(4) The parties may conduct a maximum twenty (20) depositions. The length of the depositions shall comply with the Federal Rules of Civil Procedure. If requested by counsel, the Court will discuss the need for more depositions at a later conference.

(5) Supplementations under FRCP 26(e) shall be completed

By Plaintiffs: no later than **December 2, 2019**

By Defendants: no later than **January 2, 2020**.

(6) No later than **October 1, 2020**, counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

(7) A telephonic status conference is scheduled for **August 5, 2019 at 11:30 a.m.** before the Honorable Regina S. Edwards, United States Magistrate Judge. The Court will initiate the call.

(8) The parties' Joint Motion for Protective Order (DN 15; DN 16) is **DENIED** as moot because the parties have agreed to resolve the issue without the Court's assistance.

(9) The parties raised a discovery dispute during the conference regarding whether discovery should commence before the Court rules on Defendant Perry's Motion for More Definite Statement (DN 9). Defendant Perry argued that he could not proceed with discovery without a statement in the record identifying the anonymous Plaintiffs. After discussing the issue, the parties reached a compromise. **Plaintiffs will promptly file a signed affidavit under seal identifying each anonymous plaintiff by name**, which will permit the discovery process to move forward.

3

When the Court addresses Defendant Perry's Motion for More Definite Statement, it can revisit whether Plaintiff's affidavit should remain under seal in the record.

Regina S. Edwards, Magistrate Judge
United States District Court

cc: Counsel of Record

June 3, 2019

0|45

3