# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| JANE DOE # 1- 9 | Case No. 3:19-cv-142-DJH |
| Plaintiffs, | Judge: David J. Hale |
| vs. | Magistrate: Regina S. Edwards |
| JEROME PERRY, et al. | |
| Defendants. | **NOTICE OF DEPOSITIONS BY PLAINTIFFS ON OCTOBER 28, 2019** |

Plaintiffs give notice that the following depositions will be taken at the offices of Coleman, Lochmiller & Bond, 2907 Ring Rd, Elizabethtown, KY 42701. The depositions will be taken before a court reporter and notary public pursuant to the Federal Rules of Civil Procedure and may be videotaped.

| Date | Time | Deponent |
|---|---|---|
| October 28, 2019 | 9:00 a.m. | Emmanuel Collado |
| | 11:00 a.m. | John Edlin |
| | 2:00 p.m. | Adam Puckett |

Respectfully Submitted,

/s/ Alphonse A. Gerhardstein (0032053)
Trial Attorney for Plaintiff
Gerhardstein and Branch, Co. LPA
441 Vine Street, Suite 3400
Cincinnati, OH 45202
Tel (513) 621-9100
Fax (513) 345-5543
agerhardstein@gbfirm.com

/s/ Larry D. Simon
LARRY D. SIMON
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

## CERTIFICATE OF SERVICE

 I hereby certify that on October 22, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/Alphonse A. Gerhardstein<br>Attorney for Plaintiff