UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:19-CV-00142-DJH


JANE DOE #1-9                                                                    PLAINTIFFS

v.

JEROME PERRY, ET AL.                                                             DEFENDANTS

---

## JOINT MOTION TO REFER CASE TO MAGISTRATE FOR SETTLEMENT ADMINISTRATION AND DISMISSAL

---

Pursuant to the Order of this Court, Doc. 88, all parties of record, by counsel, jointly move to refer

the case to the United States Magistrate for Settlement Administration and dismissal.  This case has

been settled.  The parties have agreed to establish a qualified settlement fund (QSF) pursuant to

Internal Revenue Code Section 468B.  They have also agreed, subject to the approval by this

Court, that the United States Magistrate Judge serve as the judicial officer overseeing the qualified

settlement fund.  The parties have agreed that the United States District Court retain jurisdiction for

this limited purpose consistent with *Kokkonen v. Guardian Life Insurance of America,* 511 U.S.

375, 114 S.Ct. 1673 (1994) and *Caudill v. North American Media Corp.*, 200 F.3d 914 (6th Cir.

2000). The claims against the defendants shall be dismissed with prejudice upon payment of the

agreed monetary sum into the QSF.  The parties request that the case be restored to and remain

on the docket until administration of the QSF is completed at which time it will be finally closed

and dismissed with prejudice.

Therefore, the parties respectfully request that the case be restored to the docket, the

matter be referred to the United States Magistrate for administration of the QSF, the claims

against the defendants be dismissed with prejudice upon funding the QSF in the agreed sum, and

the case be finally closed and dismissed with prejudice after the administration of the QSF is

complete.


HAVING SEEN AND AGREED


/s/ Alphonse A. Gerhardstein

 Alphonse A. Gerhardstein

GERHARDSTEIN AND BRANCH, CO. LPA

441 Vine Street, Suite 3400

Cincinnati, OH 45202

agerhardstein@gbfirm.com

COUNSEL FOR PLAINTIFF


Larry D. Simon (with permission)

Larry D. Simon

LARRY SIMON LAW OFFICE

239 South Fifth Street, Suite 1700

Louisville, KY 40202

larrysimonlawoffice@gmail.com

COUNSEL FOR PLAINTIFF


Carol S. Petitt (with permission)

Carol S. Petitt

Kyle M. Vaughn

VAUGHN PETITT LEGAL GROUP, PLLC

7500 West Highway 146

Pewee Valley, Kentucky 40056

(502) 243-9797

cpetitt@vplegalgroup.com

kvaughn@vplegalgroup.com

COUNSEL FOR DEFENDANT JEROME PERRY


R. Keith Bond (with permission)

R. Keith Bond

COLEMAN LOCHMILLER & BOND

P.O. Box 1177

Elizabethtown, KY 42702

rkbond@clblegal.com

COUNSEL FOR LARUE COUNTY DEFENDANTS


Robert T. Watson (with permission)

 Robert T. Watson

 MCBRAYER PLLC

 500 W. Jefferson Street, Suite 2400

 Louisville, KY 40202

 rwatson@mcbrayerfirm.com

 COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing was this 17th day of March, 2020, served upon the following via the CM/ECF system and/or electronic mail and/or U.S. Mail:


/s/ Alphonse A. Gerhardstein
COUNSEL FOR PLAINTIFFS