UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JANE DOE 1 et al.,                                                                      Plaintiffs,

v.                                       Civil Action No. 3:19-cv-142-DJH-RSE

JEROME PERRY et al.,                                               Defendants.

\* \* \* \* \*

## **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 94) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.

May 7, 2020

                                                                          **David J. Hale, Judge**
                                                              **United States District Court**